UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **MELBA AND SAMUEL RIVERA** | : | **CIVIL ACTION NO.:** |
| **VERSUS** | : | **JUDGE:** |
| **ACE PROPERTY AND CASUALTY INSURANCE COMPANY, BASIN TRANSPORTATION, LLC AND JEREMY COX** | : : : : | **MAGISTRATE JUDGE:** |

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, come Defendants, ACE Property and Casualty Insurance Company, Basin Transportation, LLC, and Jeremy Cox, and pursuant to 28 U.S.C. §1441 *et seq* files this Notice of Removal and respectfully represent:

1.

This suit was filed by Plaintiffs, Melba Rivera and Samuel Rivera, on January 12, 2022 in the First Judicial District Court, Caddo Parish, Louisiana, under Civil Suit No. 634,696-A.

2.

Plaintiffs, Melba Rivera and Samuel Rivera, are both domiciled in Bossier Parish, Louisiana, and are therefore deemed to be citizens of the State of Louisiana for determining diversity of citizenship and removal jurisdiction.

3.

Defendant, Basin Transportation, LLC, is a limited liability company with its principal place of business located at 1117 NW 24th Street, Oklahoma City, Oklahoma 73106, and the two members of Basin Transportation are Randy Holleyman, who is domiciled at 11901 Greenwick Drive, Oklahoma City, Oklahoma, 73162, and John Snedegar, who is domiciled at 30531 Puerto Vallarta, Laguna Niguel, California 92677-2481. Therefore, Basin Transportation, LLC is deemed

to be a citizen of the States of Oklahoma and California for purposes of establishing diversity of citizenship and removal jurisdiction.

4.

The defendant, ACE Property and Casualty Insurance Company, is a corporation incorporated in the State of Philadelphia with its principal place of business located at 436 Walnut Street, Philadelphia, PA 19106, Philadelphia County, and is therefore deemed to be a citizen of the State of Pennsylvania for purposes of determining diversity of citizenship and removal jurisdiction.

5.

Jeremy Cox is an individual domiciled at 3307 Caty Sage Road, Elk Creek, Virginia 74326, and is therefore deemed to be a citizen of the State of Virginia for purposes of determining diversity of citizenship and removal jurisdiction.

6.

There is complete diversity of citizenship between the plaintiffs and all defendants.

7.

Pursuant to Louisiana law, plaintiffs' Petition for Damages does not state the amount in dispute, but alleges that both the plaintiffs are seeking to recover damages for physical pain and suffering, mental anguish and emotional distress, loss of enjoyment of life, disability, medical expenses, property damage, and Samuel Rivera is also seeking lost earnings and lost earning capacity.

8.

Pursuant to Louisiana law, defendants propounded written discovery requests and on June 7, 2022, Plaintiff, Melba Rivera, responded to discovery and, in doing so, advised that "Plaintiff's

damages exceed Seventy-Five Thousand and 00/100 ($75,000.00)", and also on June 7, 2022, Plaintiff, Samuel Rivera, responded to discovery and advised that "Plaintiff's damages exceed Seventy-Five Thousand and 00/100 ($75,000.00)".

9.

Upon information and belief, and based upon a review of plaintiffs' discovery responses, Melba Rivera had pre-existing disc surgery procedures in the lumbar and cervical spine which she alleges were aggravated by the accident which is the subject of this suit and Samuel Rivera alleges that he has undergone two shoulder surgeries as a result of the accident which is the subject of this suit.

10.

The first "paper" received by defendants indicating that both plaintiffs' damages allegedly exceed $75,000.00 was received by counsel for defendants on June 7, 2022 and therefore this Notice of Removal is timely filed within thirty days from receipt of such "paper" in accordance with 28 U.S.C §1446(b)(3). Additionally, this Notice of Removal is filed within one year from commencement of the action as required by 28 U.S.C §1446(c).

11.

This court has jurisdiction of this cause of action based upon diversity of citizenship and the amount in dispute of each plaintiff's claim exceeding $75,000.00 pursuant to 28 U.S.C §1332.

12.

The proper court for removal is the United States District Court for the Western District of Louisiana, Shreveport Division.

13.

The defendants file herewith copies of the entire record of the state district court which consists of the following:

    (1) Petition for Damages

    (2) Citation to ACE Property and Casualty Insurance Co.

    (3) Long Arm Citation Affidavit of Service Under LSA-R.S. 13:3204

    (4) Answer to Petition for Damages and Request for Notice of Trial and Judgment

    (5) Motion for Leave of Court to File Amended Answer to Petition for Damages

    (6) Amended Answer to Petition for Damages

    (7) Executed Order granting leave of court to file amended answer

    (8) Motion to Substitute Counsel of Record

    (9) Executed Order granting substitution of counsel of record

14.

The defendants request a trial by jury in this case.

15.

Appearers show that, immediately upon filing of this Notice of Removal, a copy of same shall be delivered to all adverse parties and a copy filed with the First Judicial District Court in Caddo Parish, Louisiana, in accordance with 28 U.S.C §1446(d).

WHEREFORE, appearers pray that this matter be removed from the First Judicial District Court, in and for Caddo Parish, Louisiana, to the United States District Court for the Western District of Louisiana, Shreveport Division.

Respectfully submitted,

MAYER, SMITH & ROBERTS, L.L.P.
Attorneys for ACE Property and Casualty Insurance Company, Basin Transportation, LLC and Jeremy Cox

By: _s/Caldwell Roberts, Jr._
Caldwell Roberts, Jr., Bar No. 20343
1550 Creswell Avenue
Shreveport, LA 71101
Telephone: (318) 222-2135
Facsimile: (318) 222-6420
colly@msrlaw.com

### CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing Notice of Removal has been filed electronically with the Clerk of Court using the CM/ECF system and has been sent to all known counsel of record by operation of the court's electronic filing system, e-mail, facsimile, or by placing same in the United States mail property addressed and with adequate postage prepaid thereon. Additionally, this Notice of Removal has been emailed directly to Plaintiffs' counsel via electronic mail.

Shreveport, Caddo Parish, Louisiana this 30th day of June, 2022.

/s/ Caldwell Roberts, Jr.